No. 811. E. N. MOORE ET AL. v. UNITED STATES. January 26, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Robert Ash* for petitioners. *The Attorney General* for the United States.

No. 812. GLEN C. TOBIAS v. UNITED STATES. January 26, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Walter W. Stevens* for petitioner. *The Attorney General* for the United States.

No. 813. MARTIN J. CULLEN ET AL. v. UNITED STATES. January 26, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Harry A. Chamberlin* and *Mr. Thomas P. White* for petitioners. *The Attorney General* for the United States.

No. 814. THOMAS V. KING v. UNITED STATES. January 26, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Harry A. Chamberlin* and *Mr. Thomas P. White* for petitioner. *The Attorney General* for the United States.

No. 820. DAVID CROWTHER v. WINFORD P. LARSON. January 26, 1925. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Frank A. Whiteley* for petitioner. No appearance for respondent.

No. 821. DAVID CROWTHER v. WINFORD P. LARSON. January 26, 1925. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied.